# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 25, 2014

### NO. 03-14-00477-CR

**Clemente Suarez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.